# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEYMOUR, STEPHANIE K. | U.S. COURT OF APPEALS | 07/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE--SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

4-562 U.S. COURTHOUSE
333 WEST FOURTH
TULSA, OK 74103-3877

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President of Board of Directors | Crested Butte Music Festival, Crested Butte, CO |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Interest | J | T | | | | | |
| 2. Prosperity Bank Accounts | A | Interest | K | T | | | | | |
| 3. UBS Accounts | A | Interest | | | Closed | 11/18/18 | L | | |
| 4. Raymond James Accounts | A | Interest | N | T | Open | 11/18/18 | L | | |
| 5. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) | | None | O | R | | | | | |
| 6. IRA #5 (H) | | | | | | | | | |
| 7. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | A | Dividend | J | T | | | | | |
| 8. -Loomis Sayles Investment Grade Bd Cl Y (LSIIX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/09/18 | J | | |
| 9. -TCW Emerging Markets Income Fd Cl I (TGEIX) (mutual fund) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 10. | | | | | Sold (part) | 06/28/18 | J | B | |
| 11. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/09/18 | J | | |
| 12. -Blackrock Strategic Income I (BSIIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 13. | | | | | Sold (part) | 11/02/18 | J | | |
| 14. -Columbia Income Opportunities FD Class Z (CIOZX) (mutual fund) | A | Dividend | | | Sold | 02/09/18 | J | | |
| 15. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | | None | J | T | Sold (part) | 02/09/18 | J | | |
| 16. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/09/18 | J | | |
| 17. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mainstay Short Duration High Yd Fd Class I (MDHIX) (mutual fund) | A | Dividend | | | Sold | 02/09/18 | J | | |
| 19. -Mainstay Incom Builder I (MTOIX) (mutual fund) | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 20. | | | | | Sold | 06/28/18 | J | | |
| 21. -Guggenheim Macro Opportunities Fd Cl (GIOIX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/09/18 | J | | |
| 22. -Vanguard Total Bond MKT (BND) (ETF) | A | Dividend | | | Sold | 02/09/18 | J | | |
| 23. -Vanguard Total Intl BD (BNDX) (ETF) | A | Dividend | J | T | | | | | |
| 24. -Invesco Core Bond Plus Fund (CPBYX) (mutual fund) | A | Dividend | J | T | Sold (part) | 02/09/18 | J | | |
| 25. -SPDR Double Line TR Tact ETF (TOTL) (ETF) | A | Dividend | J | T | | | | | |
| 26. -AB Global Bond Fund (ANAYX) (mutual fund) | A | Dividend | J | T | | | | | |
| 27. -Invesco Floating Rate Fund Class Y (AFRYX) (mutal fund) | A | Dividend | | | Sold | 02/09/18 | J | | |
| 28. -Guggenheim Total Return Bond Fund (GIBIX) (mutual fund) | A | Dividend | K | T | Buy | 02/09/18 | K | | |
| 29. -Vanguard Wellesley Income Fund (VWIAX) (mutual fund) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 30. | | | | | Sold (part) | 06/28/18 | J | | |
| 31. -Invesco Bulletshares 2019 HY Corp Bond (BSJJ) (ETF) | A | Dividend | K | T | Buy | 06/28/18 | K | | |
| 32. -Spdr Bloomberg Barclays 1-2 mo. t-bill (BIL) (ETF) | A | Dividend | K | T | Buy | 05/03/18 | J | | |
| 33. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 34. IRA #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Double Line Total Return Fund Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 36. -Loomis Sayles Investment Grade Bond (LSIIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 37. -TCW Emerging Markets Income Fd Class I (TGEIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 38. | | | | | Sold (part) | 06/28/18 | J | | |
| 39. -Virtus Multi-Sector Short Term Bond (PIMSX) (mutual fund) | B | Dividend | K | T | | | | | |
| 40. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | L | T | Sold (part) | 02/09/18 | J | | |
| 41. -Columbia Income Opportunities FD (CIOZX) (mutual fund) | A | Dividend | | | Sold | 02/09/18 | K | A | |
| 42. -Blackrock Global Long/Short Credit FD I (BGCIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 43. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 44. -Lord Abbett Short Duration Inc Fd (LDLFX) (mutual fund) | B | Dividend | K | T | | | | | |
| 45. -Mainstay Short Duration High Yield Fd Cl (MDHIX (mutual fund) | | None | | | Sold | 02/09/18 | K | | |
| 46. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/09/18 | J | | |
| 47. -Mainstay Incom Building I (MTOIX) (mutual fund) | A | Dividend | | | Sold (part) | 02/09/18 | J | | |
| 48. | | | | | Sold | 06/28/18 | K | | |
| 49. -AB Global Bond Fund Class Advisor (ANAYX) (mutual fund) | B | Dividend | K | T | | | | | |
| 50. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | B | Dividend | K | T | | | | | |
| 51. -SPDR Double Line Tr Tact ETF (TOTL) (ETF) | B | Dividend | K | T | Buy (add'l) | 02/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Total Bond Mkt ETF (BND) (ETF) | | None | | | Sold | 02/09/18 | K | | |
| 53. -Vanguard Total Intl Bond ETF (BNDX) (ETF) | B | Dividend | K | T | | | | | |
| 54. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | | | Sold | 02/09/18 | L | | |
| 55. -Guggenheim Total Return Bond Fund (GIBIX) (mutual fund) | B | Dividend | L | T | Buy | 02/09/18 | L | | |
| 56. | | | | | Sold (part) | 06/28/18 | J | A | |
| 57. -Vanguard Wellesley Incoome Fund (VWIAX) (mutual fund) | B | Dividend | K | T | Buy | 02/09/18 | K | | |
| 58. -Invesco Bulletshares 2019 High Yield (BSJJ) (ETF) | B | Dividend | L | T | Buy | 06/28/18 | L | | |
| 59. -Spdr Bloomberg Barclays 1-3 mo. (BIL) (ETF) | A | Dividend | L | T | Buy | 05/13/18 | K | | |
| 60. | | | | | Buy (add'l) | 06/28/18 | K | | |
| 61. Brokerage #9 (H) | | | | | | | | | |
| 62. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | | | | | |
| 63. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 64. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 65. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | | | | | |
| 66. Brokerage #10 (H) | | | | | | | | | |
| 67. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 68. | | | | | Sold (part) | 04/09/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/28/18 | J | | |
| 70. -Vanguard Total Stock Market (VTI) (ETF) | C | Dividend | M | T | Sold (part) | 02/02/18 | K | D | |
| 71. | | | | | Sold (part) | 04/09/18 | J | B | |
| 72. | | | | | Sold (part) | 06/28/18 | K | D | |
| 73. | | | | | Sold (part) | 07/12/18 | J | A | |
| 74. | | | | | Sold (part) | 12/18/18 | K | C | |
| 75. -Powershares QQQ Trust (QQQ) (ETF) | A | Dividend | K | T | Buy (add'l) | 02/02/18 | K | | |
| 76. | | | | | Sold (part) | 07/12/18 | J | A | |
| 77. | | | | | Sold (part) | 12/18/18 | K | | |
| 78. | | | | | Sold (part) | 12/31/18 | K | | |
| 79. -Invesco Equally-Weighted S&P 500 (VADDX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/02/18 | L | D | |
| 80. | | | | | Sold (part) | 04/09/18 | J | A | |
| 81. | | | | | Sold (part) | 06/28/18 | J | B | |
| 82. | | | | | Sold (part) | 07/12/18 | J | A | |
| 83. | | | | | Sold (part) | 12/31/18 | K | A | |
| 84. -Lord Abbett Short Duration Income Fd (LDLFX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/02/18 | L | | |
| 85. | | | | | Sold (part) | 04/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/28/18 | J | | |
| 87. -Guggenheim Macro Opportunities Fd (GIOIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 88. | | | | | Sold (part) | 04/09/18 | J | | |
| 89. | | | | | Sold (part) | 06/28/18 | J | | |
| 90. -Davis Financial Fund Class Y (DVFYX) (mutual fund) | | None | | | Sold (part) | 02/02/18 | K | C | |
| 91. | | | | | Sold | 06/28/18 | L | D | |
| 92. -JP Morgan Small Cap Equity Bond Fund Select (VSEIX) (mutual fund) | A | Dividend | L | T | Sold (part) | 02/02/18 | K | D | |
| 93. | | | | | Sold (part) | 04/09/18 | J | A | |
| 94. | | | | | Sold (part) | 06/28/18 | K | C | |
| 95. | | | | | Sold (part) | 07/12/18 | J | A | |
| 96. -SPDR S&P 500 ETF (SPY) (ETF) | A | Dividend | | | Sold | 02/02/18 | L | E | |
| 97. -Vanguard Intl Equity Index FD FTSE All World EX US (VEU) (ETF) | B | Dividend | K | T | Sold (part) | 02/02/18 | K | D | |
| 98. | | | | | Sold (part) | 04/09/18 | J | B | |
| 99. | | | | | Sold (part) | 06/28/18 | L | D | |
| 100. | | | | | Sold (part) | 07/12/18 | J | A | |
| 101. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 102. | | | | | Sold (part) | 04/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/28/18 | J | | |
| 104. -Virtus Emerging Markets Opportunities (HIEMX (mutual fund) | A | Dividend | K | T | Buy (add'l) | 02/02/18 | J | | |
| 105. | | | | | Sold (part) | 04/09/18 | J | B | |
| 106. | | | | | Sold (part) | 06/28/18 | K | C | |
| 107. | | | | | Sold (part) | 07/12/18 | J | A | |
| 108. | | | | | Sold (part) | 10/29/18 | J | A | |
| 109. -Guggenheimm Total Return Bond Fund (GIBIX) (mutual fund) | B | Dividend | K | T | Buy | 02/02/18 | L | | |
| 110. | | | | | Sold (part) | 04/09/18 | J | | |
| 111. | | | | | Sold (part) | 06/28/18 | J | | |
| 112. -Spdr Bloombert Barclays 1-3 mo T-Bill (BIL) (ETF) | A | Dividend | L | T | Buy | 06/28/18 | L | | |
| 113. | | | | | Sold (part) | 07/12/18 | J | | |
| 114. -Spdr Gold Shares (GLD) ETF | | None | | | Buy | 02/02/18 | L | | |
| 115. | | | | | Sold (part) | 04/09/18 | J | | |
| 116. | | | | | Sold | 05/31/18 | L | | |
| 117. -Spdr SSGA Multi-Assest Real Return (RLY) (ETF) | A | Dividend | | | Buy | 02/06/18 | L | | |
| 118. | | | | | Sold (part) | 04/09/18 | J | | |
| 119. | | | | | Sold (part) | 05/31/18 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/12/18 | J | | |
| 121. | | | | | Sold | 12/18/18 | L | | |
| 122. -Vanguad Energy (VDE) (ETF) | A | Dividend | | | Buy | 06/28/18 | K | | |
| 123. | | | | | Sold (part) | 07/12/18 | J | | |
| 124. | | | | | Sold | 12/18/18 | K | | |
| 125. IRA #7 (H) | | | | | | | | | |
| 126. -IShares MSCI Brazil Capped (EWZ) (ETF) | | None | | | Sold | 04/06/18 | K | B | |
| 127. -IShares Core MSCI EAFE (IEFA) (ETF) | C | Dividend | M | T | Sold (part) | 04/06/18 | J | A | |
| 128. | | | | | Sold (part) | 12/12/18 | K | | |
| 129. | | | | | Sold (part) | 12/18/18 | K | | |
| 130. -IShares Core MSCI Emerging Market (IEMG) (ETF) | A | Dividend | K | T | | | | | |
| 131. -IShares Core S&P Small Cap (UR) (ETF) | A | Dividend | K | T | Buy (add'l) | 04/06/18 | J | | |
| 132. -IShares MSCI China (MCHI) (ETF) | | None | K | T | Sold (part) | 04/06/18 | J | A | |
| 133. -Vanguard Mid Cap (VO) (ETF) | A | Dividend | L | T | Buy (add'l) | 04/06/18 | J | | |
| 134. -Vanguard Total World STK (VT) (ETF) | A | Dividend | J | T | | | | | |
| 135. -Vanguard Value (VTV) (ETF) | A | Dividend | K | T | Buy (add'l) | 04/06/18 | J | | |
| 136. -Vanguard Growth (VUG) (ETF) | A | Dividend | K | T | Sold (part) | 04/06/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Large Cap (VV) (ETF) | B | Dividend | M | T | Buy (add'l) | 04/06/18 | K | | |
| 138. | | | | | Sold (part) | 12/18/18 | K | A | |
| 139. -Energy Select Sector SPDR Fund (XLE) (ETF) | | None | | | Sold | 04/06/18 | K | | |
| 140. -IShares Incorporated MSCI Russia (ERUS) (ETF) | | None | | | Buy | 04/06/18 | K | | |
| 141. | | | | | Sold | 12/12/18 | K | | |
| 142. Brokerage #12 (H) | | | | | | | | | |
| 143. -Blackrock Strategic Income I (BSIIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 144. | | | | | Sold (part) | 05/11/18 | J | | |
| 145. | | | | | Sold (part) | 06/19/18 | J | | |
| 146. | | | | | Sold (part) | 09/14/18 | J | | |
| 147. | | | | | Sold (part) | 10/17/18 | J | | |
| 148. -Double Line Total Return Fd Instl (DBLTX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 149. | | | | | Sold (part) | 05/11/18 | J | | |
| 150. | | | | | Sold (part) | 06/19/18 | J | | |
| 151. | | | | | Sold (part) | 09/14/18 | J | | |
| 152. | | | | | Sold (part) | 10/17/18 | J | | |
| 153. -Invesco High Yield Municipal Fund Cl Y (ACTDX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/11/18 | J | A | |
| 155. | | | | | Sold (part) | 06/19/18 | J | A | |
| 156. | | | | | Sold (part) | 06/28/18 | J | A | |
| 157. | | | | | Sold (part) | 09/14/18 | J | A | |
| 158. | | | | | Sold (part) | 10/17/18 | J | A | |
| 159. -Thornburg Limited Term Municipal Fd Cl I (LTMIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 05/11/18 | J | | |
| 160. | | | | | Sold (part) | 06/19/18 | J | | |
| 161. | | | | | Sold (part) | 09/14/18 | J | | |
| 162. | | | | | Sold (part) | 10/17/18 | J | | |
| 163. -Virtus Multi-Sector Short Term Bd (PIMSX) (mutual fund) | B | Dividend | K | T | Sold (part) | 05/11/18 | J | | |
| 164. | | | | | Sold (part) | 06/19/18 | J | | |
| 165. | | | | | Sold (part) | 09/14/18 | J | | |
| 166. | | | | | Sold (part) | 10/17/18 | J | | |
| 167. -Blackrock Multi-Asset Income Portfolio Instl (BIICX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 168. | | | | | Sold (part) | 05/11/18 | J | | |
| 169. | | | | | Sold (part) | 06/19/18 | J | | |
| 170. | | | | | Sold (part) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/17/18 | J | | |
| 172. -Blackrock Strategic Municipal Opportunities (MAMTX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 173. | | | | | Sold (part) | 05/11/18 | J | A | |
| 174. | | | | | Sold (part) | 06/19/18 | J | A | |
| 175. | | | | | Sold (part) | 06/28/18 | J | A | |
| 176. | | | | | Sold (part) | 09/14/18 | J | A | |
| 177. | | | | | Sold (part) | 10/17/18 | J | A | |
| 178. -Lord Abbett Short Duration Income Fund (LDLFX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 179. | | | | | Sold (part) | 05/11/18 | J | | |
| 180. | | | | | Sold (part) | 06/19/18 | J | | |
| 181. | | | | | Sold (part) | 06/28/18 | J | | |
| 182. | | | | | Sold (part) | 09/14/18 | J | | |
| 183. | | | | | Sold (part) | 10/17/18 | J | | |
| 184. -Mainstay Tax Free Bond Cl1 (MTBIX) (mutual fund) | B | Dividend | K | T | Sold (part) | 05/11/18 | J | | |
| 185. | | | | | Sold (part) | 06/19/18 | J | | |
| 186. | | | | | Sold (part) | 06/28/18 | J | | |
| 187. | | | | | Sold (part) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/17/18 | J | | |
| 189. -Mainstay Incom Builder I (MTOIX) (mutual fund) | | None | | | Sold (part) | 02/02/18 | J | | |
| 190. | | | | | Sold (part) | 05/11/18 | J | | |
| 191. | | | | | Sold (part) | 06/19/18 | J | | |
| 192. | | | | | Sold | 06/28/18 | K | | |
| 193. -Loomis Sayles Investment Grade Bond Class Y (LSIIX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 194. | | | | | Sold (part) | 05/11/18 | J | | |
| 195. | | | | | Sold (part) | 06/19/18 | J | | |
| 196. | | | | | Sold (part) | 06/28/18 | J | | |
| 197. | | | | | Sold (part) | 09/14/18 | J | | |
| 198. | | | | | Sold (part) | 10/17/18 | J | | |
| 199. -Guggenheim Macro Opportunities Fund Class (GIOX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 200. | | | | | Sold (part) | 05/11/18 | J | | |
| 201. | | | | | Sold (part) | 06/19/18 | J | | |
| 202. | | | | | Sold (part) | 09/14/18 | J | | |
| 203. | | | | | Sold (part) | 10/17/18 | J | | |
| 204. -TCW Emerging Markets Income Fund Class I (TGEIX) (mutual fund) | B | Dividend | K | T | Buy (add'l) | 02/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 05/11/18 | J | A | |
| 206. | | | | | Sold (part) | 06/19/18 | J | | |
| 207. | | | | | Sold (part) | 06/28/18 | J | | |
| 208. | | | | | Sold (part) | 09/14/18 | J | | |
| 209. | | | | | Sold (part) | 10/17/18 | J | | |
| 210. -AB Global Bond Fund Class Adviser (ANAYX) (mutual fund) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 211. | | | | | Sold (part) | 05/11/18 | J | A | |
| 212. | | | | | Sold (part) | 06/19/18 | J | A | |
| 213. | | | | | Sold (part) | 09/14/18 | J | | |
| 214. | | | | | Sold (part) | 10/17/18 | J | | |
| 215. -Invesco Core Bond Plus Fund Class Y (CPBYX) (mutual fund) | B | Dividend | K | T | Sold (part) | 02/02/18 | J | | |
| 216. | | | | | Sold (part) | 05/11/18 | J | | |
| 217. | | | | | Sold (part) | 06/19/18 | J | | |
| 218. | | | | | Sold (part) | 09/14/18 | J | | |
| 219. | | | | | Sold (part) | 10/17/18 | J | | |
| 220. -SPDR Doubleline TR Tact ETF (TOTL) (ETF) | | None | | | Sold | 02/02/18 | K | | |
| 221. -Vanguard Total Bond Mkt ETF (BND) (ETF) | | None | | | Sold | 02/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Invesco Floating Rate Fund Class Y (AFRYX) (mutual fund) | A | Dividend | | | Sold | 02/02/18 | L | A | |
| 223. -Invesco Intermediate Term Muni Inc Fd Cl Y N/L (VKLIX) (mutual fund) | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 224. | | | | | Sold (part) | 05/11/18 | J | | |
| 225. | | | | | Sold (part) | 06/19/18 | J | | |
| 226. | | | | | Sold (part) | 06/28/18 | J | | |
| 227. | | | | | Sold (part) | 09/14/18 | J | | |
| 228. | | | | | Sold (part) | 10/17/18 | J | | |
| 229. -Guggenheim Total Return Bd Fd Instl Cl (GIBIX) (mutual fund) | B | Dividend | K | T | Buy | 02/02/18 | L | | |
| 230. | | | | | Sold (part) | 05/11/18 | J | | |
| 231. | | | | | Sold (part) | 06/19/18 | J | | |
| 232. | | | | | Sold (part) | 06/28/18 | J | | |
| 233. | | | | | Sold (part) | 09/14/18 | J | | |
| 234. | | | | | Sold (part) | 10/17/18 | J | | |
| 235. -Vanguard Wellesley Inc Fd Admiral Shares (VWIAX) (mutual fund) | A | Dividend | K | T | Buy | 02/02/18 | P4 | | |
| 236. | | | | | Sold (part) | 05/11/18 | J | | |
| 237. | | | | | Sold (part) | 06/19/18 | J | | |
| 238. | | | | | Sold (part) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 10/17/18 | J | | |
| 240. -Invesco Bulletshares 2019 HY Corp Bd (BSJJ) (ETF) | A | Dividend | K | T | Buy | 06/28/18 | K | | |
| 241. | | | | | Sold (part) | 09/14/18 | J | | |
| 242. | | | | | Sold (part) | 10/17/18 | J | | |
| 243. -Spdr Bloombert Barclays 1-3 mo T-Bill (BIL) (ETF) | A | Dividend | K | T | Buy | 06/28/18 | K | | |
| 244. | | | | | Sold (part) | 09/14/18 | J | | |
| 245. | | | | | Sold (part) | 10/17/18 | J | | |
| 246. Brokerage Account #13 (H) | | | | | | | | | |
| 247. -IShares NASDAQ Biotechnology (IBB) (ETF) | | None | J | T | | | | | |
| 248. -SPDR S&P Bank (KBE) (ETF) | | None | | | Sold | 02/18/18 | K | B | |
| 249. -IShares Edge MSCI USA Momentum Factor (MTUM) (ETF) | | None | J | T | | | | | |
| 250. -IShares Edge MSCI USA Quality Factor (QUAL) (ETF) | | None | J | T | | | | | |
| 251. -Vaneck Vectors Retail (RTH) (ETF) | | None | | | Sold | 02/08/18 | J | A | |
| 252. -Vanguard Consumer Discretionary (VCR) (ETF) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 253. -Vanguard Energy (VDE) (ETF) | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 254. | | | | | Sold (part) | 12/31/18 | J | | |
| 255. -Vanguard Financials (VFH) (ETF) | A | Dividend | K | T | Sold (part) | 12/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Vanguard Information Technology (VGT) (ETF) | A | Dividend | L | T | Sold (part) | 02/08/18 | J | B | |
| 257. -Vanguard Health Care (VHT) (ETF) | A | Dividend | K | T | Sold (part) | 02/08/18 | J | A | |
| 258. -Materials Select Sector SPDR Trust (XLB) (ETF) | | None | J | T | | | | | |
| 259. -Industrial Select Sector SPDR Fund (XLI) (ETF) | A | Dividend | K | T | | | | | |
| 260. -Consumers Staples Select Sector SPDR Fund (XLP) | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 261. -IShares TR Trans Avg (IYT) (ETF) | | None | J | T | Buy | 02/18/18 | J | | |
| 262. -Invesco KBW Bank (KBWB) (ETF) | A | Dividend | | | Buy | 02/18/18 | J | | |
| 263. | | | | | Sold | 12/31/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 07/20/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544